**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In Re:<br><br>TIMOTHY DIALS,<br><br>Debtor | Case No. 6:16-BK-60085<br><br>**DEBTOR'S OBJECTION TO CLAIM 1-1**<br>**OF WEST VIRGINIA STATE TAX DEPT.** |

Debtor, Timothy Dials, files this Objection to Proof of Claim as to claimant West Virginia State Tax Department, claim 1-1. The West Virginia State Tax Department filed a claim for $15,590.45. The claim is defective for the following reasons:

1. The West Virginia State Tax Department did not attach proof of any assessment

2. Irregardless of the assessment not being attached, West Virginia has a 10 year limit on collection from the period of assessment. Assuming the assessment occurred in 1997, it is outside the 10 year limit.

3. No public recording of the tax is provided

Wherefore, the Debtor moves this court for an order denying West Virginia State Tax Departments's proof of claim filed for $15,590.45

1 of 2

SCANNED

Respectfully Submitted,

**Timothy Dials**

8243 Chippenham Drive

Dublin, Ohio 43016

Tel: (614) 787-7705

thd1903@gmail.com

*Pro Se Counsel*

Dated: November 7th, 2016

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In Re:<br><br>TIMOTHY DIALS,<br><br>Debtor | Case No. 6:16-BK-60085<br><br>**DEBTOR'S OBJECTION TO CLAIM 6-1**<br>**OF OHIO STATE TAX DEPT.** |

Debtor, Timothy Dials, files this Objection to Proof of Claim as to claimant Ohio State Tax Department, claim 6-1. The Ohio State Tax Department filed a claim for $1,182.74. The claim is defective for the following reasons:

1. The title transfer occurred due to death of a family member and no tax is due.

Wherefore, the Debtor moves this court for an order denying Ohio State Tax Departments's proof of claim filed for $1,182.74

Respectfully Submitted,

**Timothy Dials**
8243 Chippenham Drive
Dublin, Ohio 43016
Tel: (614) 787-7705
thd1903@gmail.com

*Pro Se Counsel*
Dated: November 7th, 2016

1 of 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In Re:<br><br>TIMOTHY DIALS,<br><br>Debtor | Chapter 13<br>Case No. 6:16-BK-60085<br><br>**DEBTOR'S OBJECTION TO CLAIM 7-1**<br>**OF PREMIER BANKCARD** |

   Debtor, Timothy Dials, files this Objection to Proof of Claim as to claimant Ohio State Tax

Department, claim 8-1. The Premier Bankcard filed a claim for $430.38 The claim is defective

for the following reasons:

1. No such credit account belongs to the Debtor.

Wherefore, the Debtor moves this court for an order denying Premier Bankcard's proof of

claim filed for $430.38

                                             Respectfully Submitted,

                                             _____
                                             **Timothy Dials**
                                             8243 Chippenham Drive
                                             Dublin, Ohio 43016
                                             Tel: (614) 787-7705
                                             thd1903@gmail.com


                                             *Pro Se Counsel*
                                             Dated: November 7th, 2016

1 of 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

In Re:

TIMOTHY DIALS,

Debtor

Chapter 13
Case No. 6:16-BK-60085

**DEBTOR'S OBJECTION TO CLAIM 8-1**
**OF PREMIER BANKCARD**

Debtor, Timothy Dials, files this Objection to Proof of Claim as to claimant Ohio State Tax Department, claim 8-1. The Premier Bankcard filed a claim for $430.38 The claim is defective for the following reasons:

1. No such credit account belongs to the Debtor.

Wherefore, the Debtor moves this court for an order denying Premier Bankcard's proof of claim filed for $430.38

Respectfully Submitted,

**Timothy Dials**
8243 Chippenham Drive
Dublin, Ohio 43016
Tel: (614) 787-7705
thd1903@gmail.com

*Pro Se Counsel*
Dated: November 7th, 2016

1 of 1